UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case No.: 20cv00069-JAH (KSC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (Doc. No. 7)** |
| MAKSUT M. INCIYAN, an individual and representative capacity as trustee of The Inciyan Family Trust dated February 19, 2004; ANN A. INCIYAN, an individual and representative capacity as trustee of The Inciyan Family Trust dated February 19, 2004; ADM INC., a California Corporation; and DOES 1-10,, | |
| Defendants. | |

Pending before the Court is the Parties' Joint Motion to Extend Time to Respond to the Initial Complaint. Doc. No. 7. Upon consideration of the Parties' motion and for good cause shown, the motion is **GRANTED**.

//
//
//
//
//

1

IT IS HEREBY ORDERED that the deadline for all defendants in this case shall be extended as follows:

1. Defendant Maksut M. Inciyan must respond to the summons and complaint **by or before March 18, 2020.**
2. Defendant Ann A. Inciyan must respond to the summons and complaint **by or before March 19, 2020.**
3. Defendant ADM Inc. must respond to the summons and complaint **by or before March 12, 2020.**

**IT IS SO ORDERED.**

DATED: February 12, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE