1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                              Plaintiff,<br><br>v.<br><br>MAKSUT M. INCIVAN, in individual and representative capacity as trustee of The Inciyan Family Trust dated February 19, 2004; ANN A. INCIVAN, in individual and representative capacity as trustee of The Inciyan Family Trust dated February 19, 2004; ADM INC., a California Corporation; and Does 1-10,,<br><br>                              Defendant. | Case No.:  3:20-cv-00069-JAH-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMSS (Doc. No. 16)** |

    Upon consideration of the joint motion, IT IS HEREBY ORDERED the Joint Motion for Dismissal Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), (doc. no. 16), is **GRANTED**. This action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

   **IT IS SO ORDERED.**

DATED:  June 8, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE